

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:25-CR-00222 LPR |
| | ) | |
| TODD CURRY | ) | 18 U.S.C. § 876(c) |
| | ) | 18 U.S.C. § 1038(a)(1) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly deposit or cause to be delivered, by way of the United States Postal Service, a communication addressed to an employee of the federal government, that is Senator, J.M., an official described in Title 18 United States Code, Section 1114, containing a threat to kill J.M.

All in violation of Title 18 United States Code, Section 876(c).

## COUNT 2

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly deposit or cause to be delivered, by way of the United States Postal Service, a communication addressed to an employee of the federal government, that is Vice President, K.H., an official described in Title 18 United States Code, Section 1114, containing a threat to kill K.H.

All in violation of Title 18 United States Code, Section 876(c).

## COUNT 3

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly deposit or cause to be delivered, by way of the United States Postal Service, a communication addressed to an employee of the federal government, that is Senator, T.B., an official described in Title 18 United States Code, Section 1114, containing a threat to kill T.B.

All in violation of Title 18 United States Code, Section 876(c).

## COUNT 4

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly deposit or cause to be delivered, by way of the United States Postal Service, a communication addressed to an employee of the federal government, that is Senator, C.B., an official described in Title 18 United States Code, Section 1114, containing a threat to kill C.B.

All in violation of Title 18 United States Code, Section 876(c).

## COUNT 5

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly deposit or cause to be delivered, by way of the United States Postal Service, a communication addressed to an employee of the federal government, that is Senator, P.L., an official described in Title 18 United States Code, Section 1114, containing a threat to kill P.L.

All in violation of Title 18 United States Code, Section 876(c).

## COUNT 6

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly deposit or cause to be delivered, by way of the United States Postal Service, a communication addressed to an employee of the federal government, that is Senator, M.C., an official described in Title 18 United States Code, Section 1114, containing a threat to kill M.C.

All in violation of Title 18 United States Code, Section 876(c).

## COUNT 7

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly deposit or cause to be delivered, by way of the United States Postal Service, a communication addressed to an employee of the federal government, that is Senator, C.C., an official described in Title 18 United States Code, Section 1114, containing a threat to kill C.C.

All in violation of Title 18 United States Code, Section 876(c).

## COUNT 8

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly engage in conduct with the intent to covey false or misleading information by sending through the United States Postal Service a letter addressed to Senator, J.M., under

circumstances where such information may reasonably be believed, which indicated that an activity had taken, was taking, and would be taking place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, transfer and possession of a biological agent or toxin for use as a weapon, a violation of Title 18, United States Code, Section 175.

All in violation of Title 18 United States Code, Section 1038(a)(1).

## COUNT 9

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly engage in conduct with the intent to covey false or misleading information by sending through the United States Postal Service a letter addressed to Vice President, K.H., under circumstances where such information may reasonably be believed, which indicated that an activity had taken, was taking, and would be taking place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, transfer and possession of a biological agent or toxin for use as a weapon, a violation of Title 18, United States Code, Section 175.

All in violation of Title 18 United States Code, Section 1038(a)(1).

## COUNT 10

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly engage in conduct with the intent to covey false or misleading information by sending through the United States Postal Service a letter addressed to Senator, T.B., under circumstances where such information may reasonably be believed, which indicated that an

activity had taken, was taking, and would be taking place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, transfer and possession of a biological agent or toxin for use as a weapon, a violation of Title 18, United States Code, Section 175.

All in violation of Title 18 United States Code, Section 1038(a)(1).

### COUNT 11

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly engage in conduct with the intent to covey false or misleading information by sending through the United States Postal Service a letter addressed to Senator, C.B., under circumstances where such information may reasonably be believed, which indicated that an activity had taken, was taking, and would be taking place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, transfer and possession of a biological agent or toxin for use as a weapon, a violation of Title 18, United States Code, Section 175.

All in violation of Title 18 United States Code, Section 1038(a)(1).

### COUNT 12

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

TODD CURRY,

did knowingly engage in conduct with the intent to covey false or misleading information by sending through the United States Postal Service a letter addressed to Senator, P.L., under circumstances where such information may reasonably be believed, which indicated that an activity had taken, was taking, and would be taking place that would constitute a violation of

Chapter 10 of Title 18, United States Code, that is, transfer and possession of a biological agent or toxin for use as a weapon, a violation of Title 18, United States Code, Section 175.

All in violation of Title 18 United States Code, Section 1038(a)(1).

## COUNT 13

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

### TODD CURRY,

did knowingly engage in conduct with the intent to covey false or misleading information by sending through the United States Postal Service a letter addressed to Senator, M.C., under circumstances where such information may reasonably be believed, which indicated that an activity had taken, was taking, and would be taking place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, transfer and possession of a biological agent or toxin for use as a weapon, a violation of Title 18, United States Code, Section 175.

All in violation of Title 18 United States Code, Section 1038(a)(1).

## COUNT 14

On or about October 27, 2022, in the Eastern District of Arkansas, and elsewhere, the defendant,

### TODD CURRY,

did knowingly engage in conduct with the intent to covey false or misleading information by sending through the United States Postal Service a letter addressed to Senator, C.C., under circumstances where such information may reasonably be believed, which indicated that an activity had taken, was taking, and would be taking place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, transfer and possession of a biological agent or

toxin for use as a weapon, a violation of Title 18, United States Code, Section 175.

All in violation of Title 18 United States Code, Section 1038(a)(1).

☐  NO TRUE BILL.                    ☑  TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY


JONATHAN D. ROSS
UNITED STATES ATTORNEY

_____
By BART DICKINSON
Bar Number 98143
Assistant U.S. Attorney
425 West. Capitol Ave., Ste. 500
Little Rock, AR 72201
Telephone: (501) 340-2600
E-mail: Bart.dickinson@usdoj.gov